UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMMIE P. BROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | No: 20 CV 1416 |
| | ) | |
| vs. | ) | |
| | ) | JURY DEMAND |
| **ILLINOIS CENTRAL COLLEGE,** | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**
**AS AND FOR A FIRST CAUSE OF ACTION**
**(RACE DISCRIMINATION)**

NOW COMES the Plaintiff, **JAMMIE P. BROOKS** ("Plaintiff"), by and through her attorney, Michael T. Smith, and in complaining of **ILLINOIS CENTRAL COLLEGE**, ("Defendant"), and states as follows:

**NATURE OF ACTION**

1. Plaintiff seeks redress and relief under Title VII of the Civil Right Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended, for Defendant having subjected Plaintiff to a h discriminatory work environment on the basis of her race.

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, and 1343. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) and Section 707(e) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 2000e- 6(e).

1

3.  Plaintiff timely filed a charge of race discrimination against the Defendant with the Equal Employment Opportunity Commission ("EEOC") under EEOC Charge Number 440-2019-05735 (attached hereto as "Exhibit A").

4.  On September 2, 2020, the EEOC issued Plaintiff a Notice of Right to Sue on the aforementioned charge (attached hereto as "Exhibit B").

5.  This action has been timely filed within ninety (90) days of the receipt of the Notice of Right to Sue.

6.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C § 2000e-5(f)(3) because all of the unlawful employment practices alleged herein occurred in this district.

## PARTIES

7.  Plaintiff is a Black individual and, a resident of the Peoria, County of Peoria, State of Illinois, and was at all times relevant to the allegations herein an employee of Defendant within the meaning of 42 U.S.C. 2000e(f).

8.  Defendant is and has been at all times relevant to the allegations herein, a not-for-profit corporation organized under the laws of Illinois and continuously employs over 15 employees.

9.  Defendant is an employer within the meaning of the Civil Rights Act, 42 U.S.C. 2000e(b).

## STATEMENT OF FACTS

10. Plaintiff began employment with Defendant in January 21, 2019.

11. At all times relevant to the allegations herein, Plaintiff held the position of a Clinical Dental Hygiene Adjunct Instructor at Defendant's facility and was meeting the minimum

standards of her employer.

12. This action brought against Defendant having subjected Plaintiff to race discrimination by failure to treat her the same as non-African American employees despite Plaintiff's complaints about same. Notwithstanding the foregoing, defendant discriminated against plaintiff in the terms and conditions of her employment on account of her race as further alleged herein.

13. Beginning in 2018 through the present, Plaintiff complained to Defendant, about the ongoing acts of discrimination against her by unfairly in equal opportunities and teaching assignments compared to non-African American employees and her conditions of employment.

14. Defendant by its action or actions of its agents set forth above, caused unreasonably interfered with the terms and conditions of her employment and her performance in her occupation, by failing to treat her the same as non-African American. Further, by said acts, Defendant's agents created a discriminatory and offensive work environment. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by <u>inter alia</u> the Civil Rights Act of 1991.

15. As a direct result of defendant's actions, plaintiff has suffered damages in excess of $100,000 of race discrimination and disparate treatment by Defendant, Plaintiff has also suffered great pain, humiliation, and mental anguish, all to his damage.

16. Further, said action on the part of the Defendant was done with malice and reckless disregard for plaintiff's protected rights.

17. Plaintiff exhausted all administrative and other remedies available to his before filing this complaint.

18. Thus, while meeting the minimum standards of her employer, Defendant willfully

discriminated against Plaintiff based upon her race in violation of Title VII.

19. Plaintiff has suffered humiliation and mental anguish.

20. Defendant's conduct was at all times intentional, willful, and wanton.

WHEREFORE, Plaintiff prays for judgment as follows:

A. For monetary damages;

B. For injunctive relief in the form of an order enjoining Defendant from continuing to engage in discriminatory conduct;

C. For statutory damages due to the Defendant's willful conduct;

D. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to Title 42 U.S.C.A. § 2000e-5(k);

E. Such other relief as is just and equitable; and

F. The plaintiff requests a jury trial of this action.

> Respectfully submitted,
> **JAMMIE P. BROOKS**
>
> BY:**/s/ Michael Smith**
>
> Michael Smith

Michael T. Smith 6180407IL
Law Offices of Michael T. Smith & Assoc.
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
(847) 466-1099
Msmith39950@aol.com